In the Matter of the Application of HARRY J. SUSSKIND, Respondent, to Set Aside the Election of the DIRECTORS OF THE CENTRAL CONCESSIONS CORPORATION. LOUIS BENOW and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of JOHN M. KEESING, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of DAVID RUDIN, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of BENJAMIN B. WEINBERG, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of the Estate of JOHN F. KEATING, Substitute Committee of the Estate of WILSON C. ALLEN, an Incompetent Person and an Inmate of United States Veterans Administration Hospital, Northport, Long Island, New York. VETERANS ADMINISTRATION, Appellant; HUGO F. RICCA, JR., and Another, Respondents.— Order awarding legal fees so appealed from modified by reducing commission to the substitute committee to $16.34, allowance to the special guardian to $25, and allowance to counsel to said committee to $50, and as so modified affirmed, without costs. Order reducing the bond of the committee affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MINNIE R. ZABRISKIE and Others v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See 243 App. Div. 697].

BARBARA POLACHEK, an Infant, by HENRIETTA POLACHEK, Her Guardian ad Litem, v. THE NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument, and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GREAT AMERICAN INDEMNITY COMPANY v. ANTONIO DI MARCO.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of ANNIE LINK, Deceased, as a Will of Real and Personal Property.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of KANANACK MANUFACTURING CORPORATION v. CAMDEN FIRE INSURANCE ASSOCIATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EDMUND HACKETT v. NATIONAL FREIGHT COMPANY and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.